## Whitney *verf.* Haven.

WHITNEY
*v.*
HAVEN.

Rec. 1772.
Fol. 41.

Where a Warrant from a Juftice is pleaded in Juftification of an Arreft, an attefted copy of the fame is admiffible, notwithftanding Evidence is offered tending to invalidate its correctnefs. *Cufhing, J. diffentiente.* Evidence is admiffible to fhow a Difference between the Warrant on which the Arreft was made, and that fet forth in the Juftification. It is not effential that

TRESPASS. To the Force and Arms, not guilty. Juftification for the Refidue under a Warrant from Juftice Jones, directed to an Officer, who took the Defendant for Aid, and, as fuch, arrefted the Plaintiff. And, to fupport his Juftification,

---

tion, Defendant produced an attefted Copy from the faid Juftice's Records. Plaintiff objected to its being received, for he had Evidence to fhew that the Warrant on which he was arrefted had no Seal — whereas this Copy came with a *Loco Sigilli*.*

*Trowbridge, Juftice.* If there be Anything in the Objection, it is to invalidate the Copies. But *the Court* accepted them, contrary to the Opinion of *Cufhing, Juftice.*

Afterwards, the Plaintiff was admitted to give Evidence that the pretended Warrant whereby he was arrefted was different from that fet forth in the Defendant's Juftification. The Proof was not fufficient.

*Judgment for Defendant.*